# BLANKROME

717 Texas Avenue | Suite 1400 | Houston, TX 77002
blankrome.com

United States Courts
Southern District of Texas
FILED

JUN 03 2019

David J. Bradley, Clerk of Court

**JEREMY A. HERSCHAFT**
PARTNER
LICENSED IN TX, NY, DC, & LA

**DIRECT LINE (713) 632-8653**
**TELECOPIER (713) 228-6605**
JHerschaft@BlankRome.com

June 3, 2019

The Honorable Frances H. Stacy
United States District Court for the
Southern District of Texas
515 Rusk Avenue, Room 7525
Houston, Texas 77002

***VIA HAND DELIVERY***

Re: C.A. No. 4:19-cv-01963; *Corporativo Grupo R SA de C.V. vs. Marfield Limited Incorporated, et al.*; In the U.S. District Court for the Southern District of Texas, Houston Division

Dear Judge Stacy:

We are counsel to Corporativo Grupo R SA de C.V. ("Grupo R") and refer to our hearing with Your Honor on Friday, May 31, 2019, in the above-captioned matter. At that time, undersigned counsel discussed with the Court the issue of posting a $100,000.00 attachment bond in accordance with Tex. Civ. Prac. & Rem Code §61.023 with respect to the attachment of the vessels M/V CABALLO MAYA and M/V CABALLO MARANGO. Alternatively, the Court noted that it would be amenable to Grupo R posting $100,000.00 in cash directly into the Registry of the Court to fulfill the requirements of T.C.P.R. §61.023.

Further to these discussions, on Monday, June 3, 2019, Grupo R deposited $100,000.00 into the Registry of the Court to fulfill the requirements of T.C.P.R. §61.023. Please see the attached Clerk's receipt of funds appended to this correspondence, which serves as Grupo R's notice of posting security in this matter.

Respectfully submitted,

Jeremy A. Herschaft
JAH:lfb

Enclosure

156061.06501/120267892v.1