United States District Court
Southern District of Texas
**ENTERED**
November 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORPORATIVO GROUPO R SA de C.V., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-19-1963 |
| | § | |
| MARFIELD LIMITED INCORPORATED, and SHANARA MARITIME INTERNATIONAL, S.A., | § | |
| | § | |
| Defendants | § | |

## ORDER

**CONSIDERING THE FOREGOING** Motion Authorizing Process of Arrest Warrant:

**IT IS HEREBY ORDERED** that the Clerk issue a Warrant of Arrest and such ancillary papers as are necessary to accomplish the arrest of the M/V CABALLO MAYA, Registration Number 42480-11, her engines, tackle, apparel, boilers, equipment and appurtenances, etc. and the M/V CABALLO MARANGO, Registration Number 44435-12, her engines, tackle, apparel, boilers, equipment and appurtenances, etc. (collectively, the "Vessels"), which are located within the jurisdiction of this Court.

**IT IS FURTHER ORDERED** that Caterpillar Financial Services Asia Pte Ltd, Eksportfinans ASA, the Norwegian Government, represented by the Norwegian Ministry of Trade and Industry and Eksportkreditt Norge AS, and KFW IPEX-Bank GmbH notify all persons who have recorded lien(s) with the Panama Maritime Authority on the Vessels of these proceedings, such notification to be made to such persons by certified mail, delivered to their last known address on file with the Panama Maritime Authority.

2199482.2

**IT IS FURTHER ORDERED** that the United States Marshal and all of his deputies shall be held harmless and indemnified from any and all liability arising out of the arrest of the Vessels or the movement of the Vessels while under arrest.

Houston, Texas, this _____ day of NOV 0 4 2019, 2019.

_____
UNITED STATES DISTRICT JUDGE

2199482.2