IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CORPORATIVO GRUPO R SA de C.V.,** § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:19-cv-01963 |
| § § | |
| **MARFIELD LIMITED INCORPORATED** § **And SHANARA MARITIME** § **INTERNATIONAL, S.A.** § § | |
| **Defendants.** § | |

### CORPORATIVO GRUPO R SA DE C.V.'S
### NOTICE OF SUPPLEMENTAL FILING

Plaintiff Corporativo Grupo R SA de C.V. ("Grupo R"), by and through its attorneys Blank Rome LLP, files this Notice of Supplemental Filing of the signed London arbitration awards relating to Grupo R's awards against Defendants Marfield Limited Incorporated and Shanara Maritime International, S.A., which were attached to Grupo R's original Complaint. See attached and Dkt. 1.

Dated:     Houston, Texas
           December 14, 2021            Respectfully submitted,

                                        **BLANK ROME LLP**

                                        */s/ Keith B. Letourneau*
                                        Keith B. Letourneau
                                        State Bar No. 00795893
                                        Federal I.D. No. 20041
                                        Jeremy A Herschaft
                                        State Bar No. 24091970
                                        Federal I.D. No. 2450990
                                        717 Texas Avenue, Suite 1400
                                        Houston, Texas  77002
                                        Telephone:  (713) 228-6601
                                        Facsimile:   (713) 228-6605
                                        Email: kletourneau@blankrome.com

156061.06501/127709501v.1

Email: jherschaft@blankrome.com

***ATTORNEYS FOR CORPORATIVO GRUPO R SA de C.V.***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and served upon all known counsel of record on this 14th day of December 2021 in accordance with the Federal Rules of Civil Procedure.

    */s/ Keith B. Letourneau*
    Keith B. Letourneau

156061.06501/127709501v.1