**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CORPORATIVO GRUPO R SA de C.V.,** | § | |
| | § | |
| | § | |
| **Plaintiff** | § | |
| **vs.** | § | **CIVIL ACTION NO. H-19-1963** |
| | § | |
| **MARFIELD LIMITED INCORPORATED,** | § | |
| **and SHANARA MARITIME** | § | |
| **INTERNATIONAL, S.A.,** | § | |
| | § | |
| **Defendants** | § | |

**UNOPPOSED MOTION TO AMEND SURETY BOND**

Caterpillar Financial Services Asia Pte Ltd ("**Caterpillar**") respectfully seeks to amend the

Surety Bond filed with the Court on November 15, 2021 (Dkt. 130), and respectfully avers as

follows:

1.     On September 4, 2021, this Honorable Court ordered Caterpillar to file a Surety

Bond satisfactory to the Court in the amount of $4,950,000 to secure the claims

asserted by Grupo R in the above-captioned litigation (Dkt. 117).

2.     On November 15, 2021, Caterpillar filed a Surety Bond in the amount of

$4,950,000 to secure the claims asserted by Grupo R in the above-captioned

litigation (Dkt. 130).

3.     On November 18, 2021, Grupo filed an objection to the Surety Bond filed by

Caterpillar (Dkt. 133).

4.     Caterpillar and Grupo R have since conferred and have agreed upon edits to the

Surety Bond in order to resolve Grupo R's objections.

5.    Therefore, Caterpillar respectfully requests that this Court allow it to substitute the Amended Surety Bond attached as Exhibit "1" for the original Surety Bond filed by Caterpillar on November 15, 2021 (Dkt. 130).

6.    Undersigned counsel has conferred with counsel for Grupo R, Marfield Limited Incorporated, and Shanara Maritime International, S.A., who have all stated that there is no objection to Caterpillar's request to substitute the Amended Surety Bond attached as Exhibit "1" for the original Surety Bond filed by Caterpillar on November 15, 2021 (Dkt. 130).

WHEREFORE, Caterpillar Financial Services Asia Pte Ltd ("**Caterpillar**") respectfully seeks to substitute the Amended Surety Bond attached as Exhibit "1" for the Surety Bond filed into the record on November 15, 2021 (Dkt. 130).

Respectfully submitted, this 22nd day of December, 2021.

**ADAMS AND REESE LLP**

By: /s/ Adam C. McNeil
ADAM C. MCNEIL
Texas Bar No. 24113306
MATTHEW C. GUY
Texas Bar No. 24050702
701 Poydras Street, Suite 4500
New Orleans, LA 70139
504-585-0205
Fax: 504-566-0210
Email: adam.mcneil@arlaw.com
Email: matthew.guy@arlaw.com

**Attorneys for Intervenor-Plaintiffs,
Caterpillar Financial Services Asia Pte Ltd,
Eksportfinans ASA, the Norwegian Government,
and KFW IPEX-Bank GmbH**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was e-filed with the Clerk of the Court and electronically served on all counsel of record via the Court's ECF E-Filing Service System on this the 22nd day of December, 2021.

/s/  *Adam C. McNeil*
ADAM C. McNEIL