IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CORPORATIVO GRUPO R SA de C.V.,** | § § § § | |
| **Plaintiff** | § § | |
| vs. | § § | C. A. NO. 4:19-cv-01963 |
| **MARFIELD LIMITED INCORPORATED,** and **SHANARA MARITIME INTERNATIONAL, S.A.,** | § § § § § | |
| **Defendants** | § § | |

## NOTICE OF APPEAL

Notice is hereby given that Corporativo Grupo R SA de C.V., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the District Court (Doc. 186) entered on June 7, 2022 and containing the Court's findings of fact and conclusions of law. This appeal is timely under Federal Rules of Appellate Procedure Rule 4(a)(1)(A).

Dated:   Houston, Texas
         July 7, 2022

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Keith B. Letourneau*
Keith B. Letourneau
State Bar No. 00795893
Federal I.D. No. 20041
Zachary R. Cain
State Bar No. 24078297
Federal I.D. No.  1829905
717 Texas Avenue, Suite 1400
Houston, Texas  77002
Telephone:  (713) 228-6601
Facsimile:   (713) 228-6605
Email: keith.letourneau@blankrome.com
Email: zachary.cain@blankrome.com
***ATTORNEYS FOR CORPORATIVO GRUPO R SA de C.V.***

156061.06501/129090383v.1

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and served upon all known counsel of record on this 7th day of July, 2022 in accordance with the Federal Rules of Civil Procedure.

                                            */s/ Keith B. Letourneau*
                                            Keith B. Letourneau