# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 17, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2023
Lyle W. Cayce
Clerk

No. 22-20345

CORPORATIVO GRUPO R SA DE C.V.,

*Plaintiff—Appellant,*

*versus*

MARFIELD LIMITED INCORPORATED; SHANARA MARITIME INTERNATIONAL, S.A.,

*Defendants—Appellees,*

CATERPILLAR FINANCIAL SERVICES ASIA PTE LTD; EKSPORTFINANS ASA; THE NORWEGIAN GOVERNMENT, REPRESENTED *by the Norwegian Ministry of Trade and Industry and Eksportkreditt Norge AS*; KFW IPEX-BANK GMBH,

*Intervenors—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1963

---

Before WIENER, STEWART, and ENGELHARDT, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

Certified as a true copy and issued
as the mandate on Apr 17, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-20345

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 17, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 22-20345   Corporativo Grupo v. Marfield Ltd  
                       USDC No. 4:19-CV-1963

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Rebecca L. Leto, Deputy Clerk  
                                504-310-7703

cc:   Mr. Robert Edward Booth  
       Mr. Zachary Cain  
       Mr. Matthew Guy  
       Mr. Keith Bernard Letourneau  
       Mr. Adam Craig McNeil